IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PETER KOSTYSHYN, | § | |
| | § | No. 559, 2014 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Justice of the |
| | § | Peace Court of the State of |
| v. | § | Delaware, in and for New |
| | § | Castle County |
| DEPARTMENT OF | § | |
| CORRECTION, | § | |
| | § | |
| Plaintiff Below, | § | JP 13-14-001995 |
| Appellee. | § | |

Submitted: October 20, 2014
Decided: October 22, 2014

**O R D E R**

This 22nd day of October 2014, it appears to the Court that, by notice dated September 30, 2014, the appellant, Peter Kostyshyn, was directed to show cause why this appeal should not be dismissed for this Court's lack of jurisdiction to consider an appeal from the Justice of the Peace Court's dismissal of a debt action.* Kostyshyn has not responded to the notice to show cause. Kostyshyn's failure to respond to the notice to show cause is deemed to be his consent to the dismissal of this appeal.

---

* *Kostyshyn v. City of Wilmington*, 2006 WL 2771733 (Del. Supr. Sept. 25, 2006) ("A decision by a magistrate of the Justice of the Peace Court, whether in a civil or criminal case, is not directly appealable to this Court.").

NOW, THEREFORE, IT IS ORDERED, pursuant to Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ Karen L. Valihura
Justice